# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT R. GUZMAN,<br><br>        Petitioner,<br><br>       v.<br><br>FERNANDO GONZALEZ,<br><br>        Respondent. | Case No. EDCV 10-1312-DSF (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: 10/2/12

                                                      DALE S. FISCHER<br>                                   UNITED STATES DISTRICT JUDGE